DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

TRUCKING CO. v. PHILLIPS

No. 134 PC.

Case below: 51 N.C. App. 85.

Petition by defendants for discretionary review under G.S. 7A-31 denied 8 July 1981.

WALTERS v. TIRE SALES & SERVICE

No. 148 PC.

Case below: 51 N.C. App. 378.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 July 1981.

YATES MOTOR CO. v. SIMMONS

No. 161 PC.

Case below: 51 N.C. App. 339.

Petition by defendants Noells for discretionary review under G.S. 7A-31 denied 8 July 1981.

---

PETITIONS TO REHEAR

SUPPLY COMPANY v. VICK

No. 11.

No. 77 (Fall Term).

Reported: 304 N.C. ----.

Petition by plaintiff to rehear allowed 8 July 1981.